IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARADISE NORTHWEST, INC,

      Plaintiff,                    No. 2:09-cv-02027 MCE KJN

      v.

SATVINDER PALSINGH RANDHAWA, et al.,

      Defendants and Third-Party Plaintiffs,

      v.

AIR DIFFUSION SYSTEMS, A JOHN HINDE COMPANY,

      Third-Party Defendant.    ORDER
_____/

      Presently before the court is plaintiff's and defendants' dispute regarding the following depositions: (1) plaintiff's deposition of defendant Satvinder Palsingh Randhawa, (2) defendants' deposition of witness Dennis Williams, and (3) defendants' deposition of witness Mattieu Alirol.[1] This matter came before the undersigned for hearing on February 17, 2011. Attorney James R. Moses appeared on defendants' behalf. Attorney Elizabeth Vogel appeared

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

on plaintiff's behalf.

For the reasons stated on the record at the hearing on February 17, 2011, IT IS HEREBY ORDERED that:

1. As agreed to by plaintiff's and defendants' counsel, plaintiff's deposition of defendant Satvinder Palsingh Randhawa, shall take place on March 4, 2011.

2. Defendants' deposition of Dennis Williams shall take place on March 1, 2011, starting at 9:00 a.m., and shall last one day for seven hours unless the parties agree otherwise. Defendants shall take Mr. Williams's deposition in Portland, Oregon, unless the parties are able to reach a different agreement.

3. Defendants' deposition of Mattieu Alirol shall take place on March 2, 2011, starting at 10:00 a.m., and shall last one day for seven hours unless the parties agree otherwise. Defendants shall take Mr. Alirol's deposition in Portland, Oregon, unless the parties are able to reach a different agreement.

4. The deposition dates set forth above shall remain in place unless: (1) plaintiff and defendants are able to reach an alternate agreement regarding the taking of the subject depositions on dates prior to expiration of the March 17, 2011 discovery completion deadline in this case; or (2) upon request and good cause shown, United States District Judge Morrison C. England, Jr. extends the March 17, 2011 discovery completion deadline in this case *and* defendants agree that the depositions of Messrs. Williams and Alirol should take place on dates different than those set forth above.

IT IS SO ORDERED.

DATED: February 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE