UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PARADISE NORTHWEST INC.,        No. 2:09-cv-02027-MCE-KJN

      Plaintiff,

  v.                            ORDER CONTINUING TRIAL

SATVINDER PALSINGH RANDHAWA, ET AL.,

      Defendants.
_____/

YOU ARE HEREBY NOTIFIED the January 22, 2013 jury trial is vacated and continued to **December 2, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **September 19, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the November 29, 2012 Final Pretrial Conference is vacated and continued to **October 3, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **September 12, 2013** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

    Any evidentiary or procedural motions are to be filed by **September 12, 2013.**  Oppositions must be filed by **September 19, 2013** and any reply must be filed by **September 26, 2013.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

    IT IS SO ORDERED.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE